UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

In Re:   TIMOTHY LANE WALTON                                    Case No.:   06-01021-8-RDD
         KIMBERLY JEAN STORY

REPORT OF UNCLAIMED DIVIDEND

   The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

   1. That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *ALLTEL*<br>*1 ALLIED DR.  BLDG 5*<br>*LITTLE ROCK, AR 72202* | $15.18 |

   2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

   WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

   DATED:  December 2, 2009

                                                                /S/ RICHARD M. STEARNS
                                                                RICHARD M. STEARNS
                                                                Chapter 13 Trustee
                                                                Post Office Box 2218
                                                                Kinston, North Carolina 28502
                                                                Phone:  (252) 523-2295